AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

RICHARD ANTHONY PRYCE
DOB: 05/17/70

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: _05 - 1637-CBS_

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____ September 25, 2003 _____ in _____ Suffolk _____ county, in the

_____ ____ ____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)
being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

in violation of Title ____ 8 ____ United States Code, Section(s) _____ 1326 _____ .

I further state that I am a(x) _Special Agent, ICE_ and that this complaint is based on the following
                              Official Title
facts:

   see attached affidavit of Paul F. Jordan

Continued on the attached sheet and made a part hereof:     ⊠ Yes     ☐ No

_Paul F. Jordan_
Signature of Complainant

PAUL F. JORDAN

Sworn to before me and subscribed in my presence,

_1-25-05_                              at          Boston, MA
Date                                                City and State

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.