AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RICHARD ANTHONY PRYCE
DOB: 05/17/70

**WARRANT FOR ARREST**

CASE NUMBER: 05-1637-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Richard Anthony Pryce_
                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawful reentry after deportation

RECEIVED JAN 26 P 1:51 U.S. MARSHAL SERVICE BOSTON, MA

in violation of
Title _8_ United States Code, Section(s) _1326_

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

1-25-05   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                           Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY USMS
ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/7/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.