UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 05-1637-CBS
)
RICHARD ANTHONY PRYCE )

### DISMISSAL OF COMPLAINT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint against defendant Richard Anthony Pryce. As grounds therefor, the government states that the defendant was arrested in the Southern District of New York and will be prosecuted on the charge in the complaint, as well as other federal criminal charges, in that district. Accordingly, further prosecution of the within complaint at this time would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

March 9, 2005
Leave To File Granted:

_____
CHARLES B. SWARTWOOD, III
Chief United States Magistrate Judge

Date: 3-11-05